


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 2 1 2021

Re:   **United States v. Ojeda et al.**, 15 Cr. 487 (GBD)

Dear Judge Daniels:

I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   _____
Samson Enzer
Assistant United States Attorney
Tel. (212) 637-2342

cc:   All counsel of record